U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 10 2017

TONY R. MOORE, CLERK
BY: _____ MB
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD JOE BLACK (SANCTIONED/BARRED) | CIVIL ACTION 1:16CV1784 |
| VERSUS | JUDGE DRELL |
| JOHN CAMPBELL | MAGISTRATE JUDGE PEREZ-MONTES |

### MEMORANDUM ORDER

Before the court is a request for permission to file a Petition for Writ of Mandamus pursuant to 28 U.S.C. §1361 by pro se petitioner Harold Joe Black ("Petitioner"). This Petition was filed on December 31, 2016 and names John C. Campbell as defendant. Black was sanctioned by this court in Case No. 14-cv-822 and must first ask permission and approval from the Chief Judge of the District to file a new civil action.

Petitioner comes before the court to seek permission to file a writ of <u>mandamus</u> to order ad hoc First Judicial District Court Judge John C. Campbell to allow Petitioner the right to appeal. <u>Mandamus</u> relief is available "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. However, it is well settled that federal courts have no general power to compel action by state officials. See <u>Davis v. Lansing</u>, 851 F.2d 72, 74 (2d Cir. 1988); <u>Van Sickle v. Holloway</u>, 791 F.2d 1431, 1436 n.5 (10th Cir. 1986); <u>Russell v. Knight</u>, 488 F.2d 96, 97 (5th Cir. 1973); <u>Haggard v. State of Tennessee</u>, 421 F. 2d 1384, 1386 (6th Cir. 1970). Because Defendant is not a federal officer, employee or agency, this court lacks jurisdiction to issue a writ of <u>mandamus</u> to compel him to perform an alleged duty. See 28 U.S.C. § 1361. Petitioner's request to file the writ of mandamus must be denied because this court lacks jurisdiction to hear this action.

ACCORDINGLY,

**IT IS ORDERED** that Petitioner Harold Joe Black's Request for Permission to file a Petition for Writ of Mandamus be **DENIED**.

**ALEXANDRIA, LOUISIANA**, this 10th day of February, 2017.

**DEE D. DRELL, CHIEF JUDGE**
**WESTERN DISTRICT OF LOUISIANA**